In the Matter of the Claim of JOSEPH HECHTENTHAL, Respondent, against EISENBERG & HALBERSTADT et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 25, 1931; decided April 14, 1931.)

*Edward P. Mowton* for appellants.

*John J. Bennett, Jr., Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.